**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 02-7102**

―――――――――

GEORGE ALLEN WARD,

                              Petitioner - Appellant,

        versus

ARTHUR F. BEELER, Warden, Federal Medical
Center, Butner, North Carolina,

                              Respondent - Appellee.

―――――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District
Judge.  (CA-01-606-2)

―――――――――

Submitted:  October 8, 2002        Decided:  October 22, 2002

―――――――――

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

George Allen Ward, Appellant Pro Se.  Robert Edward Bradenham II,
Assistant United States Attorney, Norfolk, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George Allen Ward appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Ward v. Beeler</u>, No. CA-01-606-2 (E.D. Va. filed June 20, 2002; entered June 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2